IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-00132-MSK-KMT

MICHELLE CAMPBELL,

    Plaintiff,

v.

BALL CORPORATION CONSOLIDATED WELFARE BENEFIT PLAN,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order by Chief Judge Marcia S. Krieger (**Doc. #60)** filed on September 15, 2015, granting in part and denying in part Plaintiff's Motion for Attorney Fees (**Doc. #47**), it is

    ORDERED that:

Judgment is entered in favor of plaintiff and against defendant on all issues.

ORDERED that plaintiff is awarded $27,625 in attorneys fees, as well as prejudgment interest at a rate of 8% per annum compounded annually.

ORDERED that plaintiff's request for an adjudication of costs is denied, with leave to file a bill of costs within 14 days of entry of judgment, in accordance with the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

The case is closed.

Dated this 15th day September, 2015.

                                        ENTERED FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        s/Patricia Glover
                                          Deputy Clerk